# Exhibit 3

| US7793332B1 | Skyworth TV ("The accused product") |
|---|---|
| 2. A method of signal processing at a television receiver station, said television receiver station having a television receiver, a television monitor, a signal detector, a processor, and a storage device, said method comprising the steps of: | The accused product discloses a method of signal processing (e.g., video casting) at a television receiver station (e.g., chromecast enabled television station), said television receiver station (e.g., chromecast enabled television station) having a television receiver (e.g., chromecast), a television monitor (e.g., tv monitor for displaying), a signal detector (e.g., Chromecast firmware or TV OS for detecting video signals), a processor (e.g., processor of the chromecast enabled television station), and a storage device (e.g., memory of the chromecast enabled television station).<br><br>As shown, the accused product supports chromecast for casting content such as shows, movies, sports, etc. from mobile device to chromecast enabled TV. The chromecast device includes in-built processor, memory and chromecast firmware for detecting casting signals. |



# SKYWORTH Portable 24" TV, LED Full HD Battery Google TV

**Available Now!**

- Ultimate Portability Design: Your Companion - Anytime, Anywhere
- Sleek Lightweight Design
- 3-Hour Lithium-Ion Battery
- Charging Freedom: Charge in at Home or while on the go
- Matte Screen Anti-Glare Display
- 1080P FHD LED Display
- 2-Channel 8W Front Speakers
- Dolby Audio
- Dual-Band Wi-Fi (2.4GHz and 5GHz)
- Google TV Smart Platform
- Google Assistant Voice Control
- Works with Amazon Alexa



https://www.skyworthusa.com/products/companion-p100-portable-led-display-google-tv

- 2-Channel 8W Front Speakers
- Dolby Audio
- Dual-Band Wi-Fi (2.4GHz and 5GHz)
- Google TV Smart Platform
- Google Assistant Voice Control
- Works with Amazon Alexa
- Built-In Chromecast
- Bidirectional Bluetooth 5.0

https://www.skyworthusa.com/products/companion-p100-portable-led-display-google-tv

≡  What is Chromecast and How Does It Work?                                          ⌄

## What is Chromecast?

Chromecast is Google's streaming device that allows you to stream content on your TV. Be it movies, videos, music, or any other content, you can enjoy it on a big screen using this small device. It casts the content of your smartphone or tablet and shows it on the TV screen, so you can enjoy the content to the fullest.

There are three types of Chromecast devices available. The basic one is the Chromecast, which streams your device's content on TV through the HDMI port. The second option is Chromecast Ultra, which is more advanced because it supports higher resolutions. The last one is Chromecast with Google TV. With this, you can stream content on TV without the need for any extra device.

## How Does Chromecast Work?

The Chromecast device is connected to your TV through the HDMI port. It casts or mirrors the screen of your smartphone, tablet, or laptop to the TV. It is connected to your device through Wi-Fi and mirrors the screen to let you enjoy content on a larger screen.

It is compatible with a wide range of applications on your device, such as Netflix and YouTube. You just need to open a compatible app and tap the cast option to mirror the screen on the TV.

https://reolink.com/blog/what-is-chromecast/

## How does casting work?

You've heard us throw the term Cast around, but what exactly does this involve? It's essentially the name Google gives the feature that lets you stream content. When you Cast something, you're simply streaming it to the Chromecast from your other device. There's no set-up for you to do, nor wires involved. Everything is done straight over the web, seamlessly. Casting is relied on less with newer models thanks to the interface and remote, but it's still a really handy way to mirror your device screen.

https://www.stuff.tv/features/what-is-a-chromecast-and-how-does-it-work/



**How To Cast On Skyworth Google TV – Built-In Chromecast Setup Guide**

https://www.youtube.com/watch?v=6vAOdq9LRTY



**How To Cast On Skyworth Google TV – Built-In Chromecast Setup Guide**

https://www.youtube.com/watch?v=6vAOdq9LRTY



**Skyworth Android TV Chromecast Setup Guide**

https://www.youtube.com/watch?v=7asnjPPfUD0



**Skyworth Android TV Chromecast Setup Guide**

https://www.youtube.com/watch?v=7asnjPPfUD0

| informing said television receiver station of at least one of: (1) a television program of interest, said television program | The accused product discloses informing said television receiver station (e.g., chromecast enabled television station) of at least one of: (1) a television program of interest (e.g., video program selected by the user on mobile device), said television program (e.g., video program) designated by at least one of a title (e.g., title/name of the video program) and subject matter (e.g., description of the video program); and (2) a time to at least one of receive and display a television program. |

| designated by at least one of a title and subject matter; and<br>(2) a time to at least one of receive and display a television program; | As shown, the accused product supports chromecast for casting content such as shows, movies, sports, etc. from mobile device to chromecast enabled TV. The accused product includes chromecast option that allows the user to connect to the chromecast enabled app/phone and then select and play the video of the user's interest on mobile device that gets cast automatically to the connected TV. When user selects/plays the video on mobile device for casting, the chromecast device is informed of the tv program played/selected by the user. Each video program has designated title and description associated with it.<br><br><br>https://www.skyworthusa.com/products/companion-p100-portable-led-display-google-tv |

|  | <ul><li>2-Channel 8W Front Speakers</li><li>Dolby Audio</li><li>Dual-Band Wi-Fi (2.4GHz and 5GHz)</li><li>Google TV Smart Platform</li><li>Google Assistant Voice Control</li><li>Works with Amazon Alexa</li><li>Built-In Chromecast</li><li>Bidirectional Bluetooth 5.0</li></ul>https://www.skyworthusa.com/products/companion-p100-portable-led-display-google-tv |
| --- | --- |

≡  What is Chromecast and How Does It Work?                                              ∨

## What is Chromecast?

Chromecast is Google's streaming device that allows you to stream content on your TV. Be it movies, videos, music, or any other content, you can enjoy it on a big screen using this small device. It casts the content of your smartphone or tablet and shows it on the TV screen, so you can enjoy the content to the fullest.

There are three types of Chromecast devices available. The basic one is the Chromecast, which streams your device's content on TV through the HDMI port. The second option is Chromecast Ultra, which is more advanced because it supports higher resolutions. The last one is Chromecast with Google TV. With this, you can stream content on TV without the need for any extra device.

## How Does Chromecast Work?

The Chromecast device is connected to your TV through the HDMI port. It casts or mirrors the screen of your smartphone, tablet, or laptop to the TV. It is connected to your device through Wi-Fi and mirrors the screen to let you enjoy content on a larger screen.

It is compatible with a wide range of applications on your device, such as Netflix and YouTube. You just need to open a compatible app and tap the cast option to mirror the screen on the TV.

https://reolink.com/blog/what-is-chromecast/

## How does casting work?

You've heard us throw the term Cast around, but what exactly does this involve? It's essentially the name Google gives the feature that lets you stream content. When you Cast something, you're simply streaming it to the Chromecast from your other device. There's no set-up for you to do, nor wires involved. Everything is done straight over the web, seamlessly. Casting is relied on less with newer models thanks to the interface and remote, but it's still a really handy way to mirror your device screen.

https://www.stuff.tv/features/what-is-a-chromecast-and-how-does-it-work/



https://www.youtube.com/watch?v=6vAOdq9LRTY



**How To Cast On Skyworth Google TV – Built-In Chromecast Setup Guide**

https://www.youtube.com/watch?v=6vAOdq9LRTY



**Skyworth Android TV Chromecast Setup Guide**

https://www.youtube.com/watch?v=7asnjPPfUD0



**Skyworth Android TV Chromecast Setup Guide**

https://www.youtube.com/watch?v=7asnjPPfUD0

| | |
|---|---|
| receiving said television program based on said step of informing; | The accused product discloses receiving said television program (e.g., video program is casted at chromecast enabled tv) based on said step of informing (e.g., casting using chromecast).<br><br>As shown, the accused product supports chromecast for casting content such as shows, movies, sports, etc. from mobile device to chromecast enabled TV. The accused product |

includes chromecast option that allows the user to connect to the chromecast enabled app/phone and then select and play the video of the user's interest on mobile device that gets cast automatically to the connected TV. When user selects/plays the video on mobile device for casting, the chromecast device is informed of the tv program played/selected by the user. Each video program has designated title and description associated with it. T he selected video is then casted on the connected chromecast TV.





## SKYWORTH Portable 24" TV, LED Full HD Battery Google TV

**Available Now!**

- Ultimate Portability Design: Your Companion - Anytime, Anywhere
- Sleek Lightweight Design
- 3-Hour Lithium-Ion Battery
- Charging Freedom: Charge in at Home or while on the go
- Matte Screen Anti-Glare Display
- 1080P FHD LED Display
- 2-Channel 8W Front Speakers
- Dolby Audio
- Dual-Band Wi-Fi (2.4GHz and 5GHz)
- Google TV Smart Platform
- Google Assistant Voice Control
- Works with Amazon Alexa

https://www.skyworthusa.com/products/companion-p100-portable-led-display-google-tv

|  | <ul><li>2-Channel 8W Front Speakers</li><li>Dolby Audio</li><li>Dual-Band Wi-Fi (2.4GHz and 5GHz)</li><li>Google TV Smart Platform</li><li>Google Assistant Voice Control</li><li>Works with Amazon Alexa</li><li>Built-In Chromecast</li><li>Bidirectional Bluetooth 5.0</li></ul> https://www.skyworthusa.com/products/companion-p100-portable-led-display-google-tv |

≡  What is Chromecast and How Does It Work?                                                   ⌄

## What is Chromecast?

Chromecast is Google's streaming device that allows you to stream content on your TV. Be it movies, videos, music, or any other content, you can enjoy it on a big screen using this small device. It casts the content of your smartphone or tablet and shows it on the TV screen, so you can enjoy the content to the fullest.

There are three types of Chromecast devices available. The basic one is the Chromecast, which streams your device's content on TV through the HDMI port. The second option is Chromecast Ultra, which is more advanced because it supports higher resolutions. The last one is Chromecast with Google TV. With this, you can stream content on TV without the need for any extra device.

## How Does Chromecast Work?

The Chromecast device is connected to your TV through the HDMI port. It casts or mirrors the screen of your smartphone, tablet, or laptop to the TV. It is connected to your device through Wi-Fi and mirrors the screen to let you enjoy content on a larger screen.

It is compatible with a wide range of applications on your device, such as Netflix and YouTube. You just need to open a compatible app and tap the cast option to mirror the screen on the TV.

https://reolink.com/blog/what-is-chromecast/

## How does casting work?

You've heard us throw the term Cast around, but what exactly does this involve? It's essentially the name Google gives the feature that lets you stream content. When you Cast something, you're simply streaming it to the Chromecast from your other device. There's no set-up for you to do, nor wires involved. Everything is done straight over the web, seamlessly. Casting is relied on less with newer models thanks to the interface and remote, but it's still a really handy way to mirror your device screen.

https://www.stuff.tv/features/what-is-a-chromecast-and-how-does-it-work/



## How To Cast On Skyworth Google TV – Built-In Chromecast Setup Guide

https://www.youtube.com/watch?v=6vAOdq9LRTY



**How To Cast On Skyworth Google TV – Built-In Chromecast Setup Guide**

https://www.youtube.com/watch?v=6vAOdq9LRTY



**Skyworth Android TV Chromecast Setup Guide**

https://www.youtube.com/watch?v=7asnjPPfUD0



**Skyworth Android TV Chromecast Setup Guide**

https://www.youtube.com/watch?v=7asnjPPfUD0

| | |
|---|---|
| determining said television monitor is not outputting at least a portion of said television program; and controlling at least one | The accused product discloses determining said television monitor (e.g., the accused product, etc.) is not outputting at least a portion of said television program (e.g., tv turns off, app closed, etc.); and controlling at least one apparatus (e.g., automatically disconnecting chromecast on mobile device and pausing the video) when said television monitor is not outputting (e.g., when tv turns off, app closed, etc.). |

| apparatus when said television monitor is not outputting. | As shown, the accused product supports chromecast for casting content such as shows, movies, sports, etc. from mobile device to chromecast enabled TV. The accused product includes chromecast option that allows the user to connect to the chromecast enabled app/phone and then select and play the video of the user's interest on mobile device that gets cast automatically to the connected TV. When user selects/plays the video on mobile device for casting, the chromecast device is informed of the tv program played/selected by the user. Each video program has designated title and description associated with it. T he selected video is then casted on the connected chromecast TV.

When the video is casting on the connected chromecast TV and the TV turns off or the application running on the TV gets closed i.e., television monitor not outputting at least a portion of said television program, the accused product detects it and automatically disconnects the chromecast on mobile device and the video is paused (controlling at least one apparatus). |



## SKYWORTH Portable 24" TV, LED Full HD Battery Google TV

**Available Now!**

- Ultimate Portability Design: Your Companion - Anytime, Anywhere
- Sleek Lightweight Design
- 3-Hour Lithium-Ion Battery
- Charging Freedom: Charge in at Home or while on the go
- Matte Screen Anti-Glare Display
- 1080P FHD LED Display
- 2-Channel 8W Front Speakers
- Dolby Audio
- Dual-Band Wi-Fi (2.4GHz and 5GHz)
- Google TV Smart Platform
- Google Assistant Voice Control
- Works with Amazon Alexa



https://www.skyworthusa.com/products/companion-p100-portable-led-display-google-tv

- 2-Channel 8W Front Speakers
- Dolby Audio
- Dual-Band Wi-Fi (2.4GHz and 5GHz)
- Google TV Smart Platform
- Google Assistant Voice Control
- Works with Amazon Alexa
- Built-In Chromecast
- Bidirectional Bluetooth 5.0

https://www.skyworthusa.com/products/companion-p100-portable-led-display-google-tv

≡  What is Chromecast and How Does It Work?                                    ⌄

## What is Chromecast?

Chromecast is Google's streaming device that allows you to stream content on your TV. Be it movies, videos, music, or any other content, you can enjoy it on a big screen using this small device. It casts the content of your smartphone or tablet and shows it on the TV screen, so you can enjoy the content to the fullest.

There are three types of Chromecast devices available. The basic one is the Chromecast, which streams your device's content on TV through the HDMI port. The second option is Chromecast Ultra, which is more advanced because it supports higher resolutions. The last one is Chromecast with Google TV. With this, you can stream content on TV without the need for any extra device.

## How Does Chromecast Work?

The Chromecast device is connected to your TV through the HDMI port. It casts or mirrors the screen of your smartphone, tablet, or laptop to the TV. It is connected to your device through Wi-Fi and mirrors the screen to let you enjoy content on a larger screen.

It is compatible with a wide range of applications on your device, such as Netflix and YouTube. You just need to open a compatible app and tap the cast option to mirror the screen on the TV.

https://reolink.com/blog/what-is-chromecast/

## How does casting work?

You've heard us throw the term Cast around, but what exactly does this involve? It's essentially the name Google gives the feature that lets you stream content. When you Cast something, you're simply streaming it to the Chromecast from your other device. There's no set-up for you to do, nor wires involved. Everything is done straight over the web, seamlessly. Casting is relied on less with newer models thanks to the interface and remote, but it's still a really handy way to mirror your device screen.

https://www.stuff.tv/features/what-is-a-chromecast-and-how-does-it-work/



**How To Cast On Skyworth Google TV – Built-In Chromecast Setup Guide**

https://www.youtube.com/watch?v=6vAOdq9LRTY



**How To Cast On Skyworth Google TV – Built-In Chromecast Setup Guide**

https://www.youtube.com/watch?v=6vAOdq9LRTY



**Skyworth Android TV Chromecast Setup Guide**

https://www.youtube.com/watch?v=7asnjPPfUD0



**Skyworth Android TV Chromecast Setup Guide**

https://www.youtube.com/watch?v=7asnjPPfUD0



## Chromecast should stop playing when TV is turned off

⊙ Open

conorm125 opened on Apr 9, 2021

**Describe the feature you'd like**
Like Netflix and Disney+, media playback should stop when the TV is turned off.

https://github.com/jellyfin/jellyfin-chromecast/issues/174

## Do apps on the new Chromecast with Google Tv stop streaming when the TV is switched off?

⬆ 27 ⬇ · 💬 30

 GetDX · Promoted    ···

Developer productivity is an enablement problem.

**OMGItsCheezWTF** · 5y ago

I've found that turning off the TV causes the Chromecast to pause whatever it's doing if it detects it through HDMI CEC.

https://www.reddit.com/r/Chromecast/comments/ki2xj4/do_apps_on_the_new_chromecast_with_google_tv_stop/